No. 90–6796. WENDT v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 90–6878. ZATKO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–6917. PANDA v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 90–6969. GRIDLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–6978. CORIA v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 90–6997. ALLEN v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 90–6999. SIMMONS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 90–7019. CHILDS v. LISKEY. C. A. 10th Cir. Certiorari denied.

No. 90–7024. ORSO v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 90–7025. KELLER v. PETSOCK, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7027. MARTIN v. HUYETT. C. A. 3d Cir. Certiorari denied.

No. 90–7031. FISHER v. CHICAGO TRANSIT AUTHORITY ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–7033. SHERRILLS v. GOLDBERGER ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–7038. BRAGG v. COLUMBUS CITY POLICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–7039. CROSS v. SAN MATEO COUNTY TRANSIT DISTRICT. Ct. App. Cal., 1st App. Dist. Certiorari denied.